AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 21, 2023

SEAN F. McAVOY, CLERK

Brenda Garcia and Gabriel Roman Bahena, )
*Plaintiffs* )
v. )
LOREN K. MILLER, Director, Nebraska Service Center, U.S. ) Civil Action No. 2:23-cv-00047-EFS
Citizenship and Immigration Services, in his official capacity as well )
as his successors and assigns; ALEJANDRO MAYORKAS,
Secretary, U.S. Department of Homeland Security, in his official
capacity as well as his successors and assigns; UR MENDOZA
JADDOU, Director, U.S. Citizenship and Immigration Services, in
her official capacity as well as her successor and assigns; ANTONY
J. BLINKEN, Secretary of State, U.S. Department of State, in his
official capacity as well as his successors and assigns; PHILLIP
SLATTERY, Director, National Visa Center, U.S. Department of
State, in his official capacity as well as his successors and assigns;
AND RICHARD C. VISEK, Acting Legal Adviser, U.S. Department
of State, in his official capacity as well as his successors and assigns,
*Defendants*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the
**defendant** *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____ .

☑ **other:** Defendants' Motion to Dismiss, ECF No. 11, is GRANTED.
Judgment is entered in favor of Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge    Edward F. Shea    on a motion for

Date:  12/21/2023

CLERK OF COURT

SEAN F. McAVOY

Nicole Cruz
*(By) Deputy Clerk*
Nicole Cruz